UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

                          Plaintiffs,

    -against-

BLISS DRUGS, INC., et al.,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No.:
1:20-cv-04989-FB-SJB

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys that:

1. Defendants Bliss Drugs, Inc. and Inna Iskhakova ("GTPC Defendants") time to Answer or otherwise move with respect to the Complaint is hereby extended up to and including February 26, 2021.

2. GTPC Defendants waive all defenses and objections as to service of the Summons and Complaint.

3. Facsimile signatures shall be deemed originals for the purposes of this Stipulation and this Stipulation may be executed in separate counterparts.

Dated: Brooklyn, New York
       January 21, 2021

By: *Nicholas Bowers*
    Nicholas Bowers, Esq.
    Gary Tsirelman, P.C.
    *Attorneys for Defendants Named Herein*
    129 Livingston Street, 2nd Floor
    Brooklyn, New York 11201

By: *Colleen O'Neil*
    Colleen O'Neil, Esq.
    Rivkin Radler LLP
    *Attorneys for Plaintiffs*
    926 RXR Plaza
    Uniondale, New York 11556